Mary E. Akins, Petitioner-Appellee, v. Road District Number 7, Alexander County, Illinois, Ira A. Wall, County Superintendent of Highways, Alexander County, Illinois, Harrison Parker, Clerk of Road District Number 7, Alexander County, Illinois, Respondents-Appellants.

Term No. 51F16.

Holland & Gray, for appellants; D. B. Reid, for appellee. Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed May 23, 1951; rehearing denied July 3, 1951; released for publication July 3, 1951.